## The People on the relation of ·Calvin C. Burt v. The Judge of the Jackson Circuit.

*Scire facias: Foreign county: Original process.* Writs of *scire facias* cannot, under the statute (*Comp. L. 1871, § 6151*), be issued to other counties than that in which the court sits; the statute (*Comp. L. 1871, § 5748*), as to original process, does not apply.

*Heard October 24.  Decided October 25.*

Application for *mandamus.*

This is an application to require respondent to allow a writ of *scire facias* to issue under the statute (*Comp. L. 1871, § 6151*) against a defendant residing in another county, addressed to the sheriff of such foreign county.

*C. C. Burt* and *Hoyt Post*, for relator.

No counsel appeared for respondent.

[*229]   *PER CURIAM:

We are not satisfied from an examination of the statute that writs of *scire facias* can be issued to other counties than that in which the court sits.. The statute as to original process (*Comp. L. 1871, § 5748*) does not apply.

Motion denied.